1  DANIEL PARKER JETT, CA Bar No. 178070
   daniel.jett@jettlaw.com
2  THE JETT LAW FIRM, APC
   2596 Mission Street, Suite 200
3  San Marino, California  91108
   Telephone:     (626) 399-0857
4  Facsimile:     (626) 628-3986

5  Attorneys for Plaintiff
   EHUD LIFSHITZ

**IT IS SO ORDERED**

Judge Edward J. Davila

DATED: 5/26/2016

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHUD LIFSHITZ, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>             Defendants. | Case No. 5:16-CV-00930 EJD<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(i)]<br><br>Complaint filed: February 24, 2016<br>Trial Date:  None set<br>Case Management Conf: June 30, 3016 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff EHUD LIFSHITZ ("Plaintiff") hereby dismisses without prejudice the above captioned action, which was originally filed on February 24, 2016, based on the First Amended Complaint, filed herein on May 4, 2016.

The Clerk shall close this file.

DATED: May 23, 2016                                  **THE JETT LAW FIRM, APC**


By: /s/
     Daniel Parker Jett

Attorneys for Plaintiff
EHUD LIFSHITZ